UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---x

ROBERTA FELIZ, Individually, and On Behalf of All Others Similarly Situated,

          Plaintiff,

vs.

ONE WISH, LLC,

          Defendant.

---x

Case No.: 1:22-cv-03982-JMF

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Roberta Feliz hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against defendant One Wish, LLC

DATED: September 21, 2022

**MIZRAHI KROUB LLP**

SO ORDERED.

*[signature]*

September 22, 2022

/s/ Edward Y. Kroub
EDWARD Y. KROUB

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY 10281
Telephone: 212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*